IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  CRIMINAL NO. 1:06CR170-WHA |
| | ) |
| RENATA LYNN MYERS WALLACE | ) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE   COFFEE COUNTY JAIL

AT NEW BROCKTON, AL

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **RENATA LYNN MYERS WALLACE**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **July 26, 2006** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

   DONE, this the 18th day of July, 2006.

                              DEBRA P. HACKETT, CLERK
                              UNITED STATES DISTRICT COURT
                              MIDDLE DISTRICT OF ALABAMA

                              BY: _____
                                      DEPUTY CLERK