COURTROOM DEPUTY'S MINUTES       DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDING: 11:27 - 11:35 am
                                 COURT REPORTER: 11:36 - 11:40 am

☑ ARRAIGNMENT           ☐ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB        DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA       DEFENDANT NAME: Renata Lynn MYERS Wallace
USA: Morris                      DEFENDANT ATTORNEY: Newman
                Type counsel ( )Waived; ( )Retained; (Ⓧ)CJA; ( )FPD
                ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:

Interpreter present? (✓)NO; ( )YES    Name:

☑ This is defendant's FIRST APPEARANCE.
☑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☑ ORAL ORDER appointing ~~Federal Public Defender~~ CJA. Notice of Appearance to be filed.
  WAIVER OF INDICTMENT executed and filed.
  INFORMATION filed.
  Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☑ Not Guilty
          ☐ Guilty as to:
             ☐ Count(s):
             ☐ Count(s):                  ☐ dismissed on oral motion of USA
                                          ☐ to be dismissed at sentencing
  Written plea agreement filed   ☐ ORDERED SEALED
  ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
  CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
            DISCOVERY DISCLOSURE DATE:
ORDER: Defendant continued under ☐ same bond;  ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U.S. Marshal for:
       ☑ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                  ☐ Defendant requests time to secure new counsel