IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs.   ) | CR NO.   1:06CR170-WHA |
| ) | |
| RENATA LYNN MYERS WALLACE   ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **August 30, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**RENATA LYNN MYERS WALLACE**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-B** on the 30TH day of **August, 2006** at **10:00 o'clock a. m**.

**DONE** this 17th day of August, 2006.

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
U.S. Pretrial Services
U.S. Probation
Attorney Malcolm R. Newman