COURTROOM DEPUTY MINUTES         DATE: __AUGUST 30, 2006__
MIDDLE DISTRICT OF ALABAMA
                                 DIGITAL RECORDING: __11:21 - 11:27__

☐ INITIAL APPEARANCE
☐ DETENTION HEARING
☐ REMOVAL HEARING (Rule 5)
☐ ARRAIGNMENT
✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>1:06-CR-170-WHA-DRB</u> | DEFT. NAME: <u>RENATA LYNN M. WALLACE</u> |
| USA: <u>A. CLARK MORRIS</u> | ATTY: <u>MALCOLM NEMAN</u> |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: _____ | |

Defendant ____ does  ✓ does NOT need an interpreter; NAME: _____

☐ Kars.         Date of Arrest _____ or    ☐ Rule 5 Arrest
☐ Kia.          Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
☐ Finaff.       Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
☐ koappted      **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
☐ 20appt.       Panel Attorney Appointed;   ☐ to be appointed - prepare voucher
☐               Deft. Advises he will retain counsel.  Has retained _____
☐               Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐               Government's **WRITTEN** Motion for Detention Hrg. filed.
☐               **DETENTION HRG**  ☐ held; ☐ Set for_____;  ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.    Release order entered.  ☐ Deft. advised of conditions of release.
☐ kbnd.         ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
✓ Loc.(LC)      Bond **NOT** executed.  Deft to remain in Marshal's custody
☐ ko.           Deft. **ORDERED REMOVED** to originating district
☐ krmvhrg.      Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
☐ kwvprl.       Waiver of  Preliminary hearing;
☐               Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
✓ Karr.         ARRAIGNMENT SET FOR:_____     ✓ **HELD.** Plea of **NOT GUILTY** entered.
                ✓ Trial Term  __1/8/07__  ;  ☐ **PRETRIAL CONFERENCE DATE:** _____
                ☐ DISCOVERY DISCLOSURES DATE: _____
☐ Krmknn.       **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ Kwvspt        Waiver of Speedy Trial Act Rights Executed.