IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.  1:06CR170-WHA |
| ) | |
| RENATA LYNN MYERS WALLACE ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **September 27, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**RENATA LYNN MYERS WALLACE**

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the 27TH day of **September, 2006** at **10:00 o'clock a. m**.

**DONE** this 11th day of September, 2006.

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:    U.S. Attorney
       U.S. Pretrial Services
       U.S. Probation
       Atty. Malcolm R. Newman