IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 1:06-CR-00170-WHA-DRB |
| | ) | |
| RENATA LYNN MYERS WALLACE | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on September 25, 2006, before the undersigned Magistrate Judge. Present at this conference were Charles Vercelli, Esq., standing in for Malcolm Newman, counsel for the defendant, and Assistant United States Attorney Todd Brown, standing in for Assistant United States Attorney A. Clark Morris, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for January 8, 2007. The trial of this case is set for the trial term commencing on January 8, 2007, before Senior United States District Judge W. Harold Albritton and is expected to last three trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before January 2, 2007. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before January 2, 2007. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before January 2, 2007.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on December 27, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on January 8, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on January 8, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 25th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE