# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☒ Southern   ☐ Eastern

---

**HON.** Delores R. Boyd   **AT** Montgomery, Alabama

**DATE COMMENCED** 9-25-2006   @ 11:04 ☒ a.m. ☐ p.m

**DATE COMPLETED** 9-25-2006   @ 11:05 ☒ a.m. ☐ p.m

---

**CASE NO.** 1:06CR170-WHA

UNITED STATES OF AMERICA   VS.   RENATA LYNN MYERS WALLACE
Plaintiff(s)                       Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**       **Defendant(s)**
Clark Morris                      Malcolm Newman

---

### COURT OFFICIALS PRESENT:

**Ctrm Clerk:** S. Q. Long, Jr.   **Crt Rptr:**
**Law Clerk:**                    **Interpreter:**
**USPO/USPTS:**                   **Other:**

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference       ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other
☒

**Pretrial Conference**

Pending Motions:
Discovery Status:                 Plea Status:
Trial Status/Length:              Trial Term: