IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * <br> * <br> *CASE NO.: 1:06-CR-170-WHA |
| **VS.** | * <br> * |
| **RENATA LYNN MYERS WALLACE** | * <br> * |

### NOTICE OF INTENT TO WITHDRAW NOT GUILTY PLEA AND ENTER PLEA PERSUANT TO RULE 11 (c)(1)(a)

Comes now the Defendant pursuant to Rule 11 (c)(1)(a) and hereby serves Notice that she withdraws her previous plea of "Not Guilty" and makes known to this Court that she has reached an Agreement with the Government to resolve this case short of a trial.

Malcolm R. Newman, Attorney, P.C.
/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Defendant
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

John T. Harmon
Post Office Box 197
Montgomery, Alabama 36101

A. Clark Morris
Post Office Box 197
Montgomery, Alabama 36101


                                                         /s/ Malcolm R. Newman
                                                       Malcolm R. Newman, Esq.