COURTROOM DEPUTY MINUTES  DATE: <u>DECEMBER 14, 2006</u>   FTR RECORDING: <u>10:04 - 10:19</u>

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: JAMES DICKENS

- ❏ ARRAIGNMENT        √ CHANGE OF PLEA        ❏ CONSENT PLEA
- ❏ RULE 44(c) HEARING        ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NUMBER: <u>1:06CR170-WHA-CSC</u> | DEFENDANT NAME: <u>RENATA L. MYERS WALLACE</u> |
| AUSA: <u>A. CLARK MORRIS</u> | DEFENDANT ATTY: <u>MALCOLM R. NEWMAN</u> |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ____ does √ does NOT need and interpreter. Name: | |

- ❏ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
- ❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.
- ❏ **WAIVER OF INDICTMENT** executed and filed.
- ❏ **FELONY INFORMATION** filed.
- ❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) _1_ of the Second ~~Supersed~~ing Indictment.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ❏ No Plea Agreement entered   √ Written plea agreement filed.   ❏ ORDERED SEALED.
- √ **ORAL ORDER** Adjudicating defendant guilty.
- ❏ **ORDER:** Defendant Continued   ❏ Same Conditions/Bond imposed by Mag. Judge;
  - ❏ Released on Bond & Conditions of Release for:   ❏ Trial on _____;
  - ❏ Sentencing on _____;   ❏ to be set by Separate Order
- √ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  - ❏ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.